# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DANIEL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No. 1:21-cv-01527-SAB<br><br>ORDER GRANTING JENNIFER L. DUNN'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 3) |

　　　　The Court has read and considered the application of Jennifer L. Dunn, attorney for Plaintiff Timothy Daniel, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (ECF No. 3.)  Having reviewed the application, Jennifer L. Dunn's application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:　**October 18, 2021**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1